**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricardo SANDOVAL–MENDOZA,**
**Defendant–Appellant.**

No. 07–10293.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 11, 2008.

Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Warrington S. Parker, III, Esq., Heller Ehrman, LLP, San Francisco, CA, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ricardo Sandoval–Mendoza appeals from his 240–month mandatory minimum sentence following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir.2005) (en banc). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sandoval–Mendoza's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Sandoval–Mendoza has filed a pro se supplemental opening brief and a pro se reply brief. The government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.